USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/03/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bradly Marks, individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

Ideal Health Benefits, LLC,

          Defendant.

Docket No: 1:17-cv-08773-GHW

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 27, 2018

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: _____
Todd Rosenbaum
The Chrysler Center
666 Third Avenue
New York, New York 10017
Tel: (212) 935-3000
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: _____
Erica Carvajal
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 114439
*Attorneys for Plaintiff*

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii).

Dated: July 3, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge